IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LINDA FURRU<br><br>**Plaintiff**<br><br>v.<br><br>THE VANGUARD GROUP, INC.<br><br>**Defendant** | CIVIL ACTION<br>NO. 14-05034 |

FILED

SEP - 4 2015

MICHAEL E. KUNZ, Clerk
By _____ Dep. Clerk

## ORDER

**AND NOW**, this 4th day of September, 2015, upon consideration of Defendant's Motion for Summary Judgment (Doc. No. 18), Plaintiff's Opposition (Doc. No. 21), Defendant's Reply (Doc. No. 22) and Plaintiff's Sur-reply (Doc. No. 25), it is **ORDERED** that:

1. The Motion is **GRANTED**;

2. Judgment is entered in favor of Defendant The Vanguard Group, Inc. and against Plaintiff Linda Furru.

BY THE COURT:

GERALD J. PAPPERT, J.

# Mailing Information for a Case 2:14-cv-05034-GJP FURRU v. THE VANGUARD GROUP, INC.

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **DANIEL H. AIKEN**
  daniel.aiken@dbr.com

- **DENNIS M. MULGREW , JR**
  dennis.mulgrew@dbr.com

- **EDWARD C. SWEENEY**
  esweeney@wusinichbrogan.com,loconnell@wusinichbrogan.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`